IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JEROME BASS, )
 )
 Plaintiff, )
 )
v. ) 1:06CV543
 )
UNITED STATES OF AMERICA, )
 )
 Defendant. )

**J-U-D-G-M-E-N-T**

On October 16, 2006, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636(b). No objections were received by the court within the time prescribed by the statute.

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's objection to Defendant's Certification and Notice of Substitution (docket no. 12) is **DENIED**, and the United States is **HEREBY SUBSTITUTED** as the sole Defendant. For the reasons set out in the Recommendation, summary judgment is hereby entered in favor of the United States on sovereign immunity grounds. The clerk is directed to mark all pending motions as terminated and to close the case.

_____
UNITED STATES DISTRICT JUDGE

DATE: January 11, 2007